IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT WEBB, CORRECTIONAL OFFICERS ZXONG, ORTIZ, YANG, AND DOES 1-3, in their official and individual capacities,<br><br>Defendants. | 2:23-cv-02689-DB<br><br>ORDER GRANTING STIPULATION TO AMEND THE PLEADING SCHEDULE |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. §1983. The parties have stipulated to change the responsive pleading deadline to permit plaintiff to amend the complaint under Federal Rule of Civil Procedure 15(a)(1)(B) and Local Rule 220.

Good cause appearing, IT IS HEREBY ORDERD that

1. The stipulation of the parties (ECF No. 18) is granted;

2. The current deadline for defendant to file a responsive pleading is lifted;

3. Plaintiff shall file any amended complaint by April 2, 2024; and

////

////

////

4.  Defendant shall respond to the amended complaint within twenty-one (21) days of filing and service of the amended complaint.

Dated: March 1, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/will2689.am comp ddl