| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | CHAD A. STEGEMAN, State Bar No. 225745 |
| | Supervising Deputy Attorney General |
| 3 | PAUL KOZINA, State Bar No. 260339 |
| | Deputy Attorney General |
| 4 |   600 West Broadway, Suite 1800 |
| |   San Diego, CA 92101 |
| 5 |   P.O. Box 85266 |
| |   San Diego, CA 92186-5266 |
| 6 |   Telephone:  (619) 738-9317 |
| |   Fax:  (619) 645-2061 |
| 7 |   E-mail:  Paul.Kozina@doj.ca.gov |
| | *Attorneys for Defendants* |
| 8 | *J. Webb* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS, | 2:23-cv-02689-KJM DB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | |
| SERGEANT WEBB, CORRECTIONAL OFFICERS ZXONG, ORTIZ, YANG, AND DOES 1-3, in their official and individual capacities, | |
| Defendants. | |

The parties, Plaintiff Michael Williams and Defendant J. Webb, by and through their counsel of record, filed a stipulation indicating they met and conferred on April 11, 2024. The parties agreed to extend the responsive pleading deadline from April 23, 2024, to May 23, 2024, in order to facilitate service on the remaining Defendants and to allow the defense to further investigate the matter and file a motion to dismiss, should Defendants determine such a motion is necessary following the investigation.

1    Having read and considered the parties' stipulation, and for good cause shown, the
2 stipulation is granted.  Defendant Webb's responsive pleading shall be due on May 23, 2024.
3 This deadline shall apply to any additional Defendants appropriately served prior to May 23,
4 2024.
5    IT IS SO ORDERED.
6 Dated:  April 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/will2689.answ eot