1 | Benjamin Rudin (State Bar No. 292341)
2 | BEN RUDIN, ATTORNEY & COUNSELOR AT LAW
  | 3830 Valley Centre Dr.
3 | Ste. 705, PMB 231
  | San Diego, CA 92130
4 | Telephone: (858) 256-4429
  | Email: ben@benrudin.law
5 |
6 | Attorney for Plaintiff
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL WILLIAMS, | 2:23-cv-02689-KJM-DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINE FOR MOTION TO DISMISS |
| v. | |
| SERGEANT WEBB, CORRECTIONAL OFFICERS ZXONG, ORTIZ, YANG, AND DOES 1-3, in their official and individual capacities, | |
| Defendants. | |

////

////

////

////

////

1

Plaintiff Michael Williams and Defendant J. Webb, by and through their counsel of record, have agreed to extend the deadline for the Response to Defendant Webb's Motion to Dismiss to July 15, 2024 and the deadline for a Reply to the Motion to Dismiss to August 15, 2024.  The reasons are (1) Plaintiff and Plaintiff's Counsel are communicating by postal mail, and given the delays in communication, they need more time, and (2) the summer months and holiday.

IT IS SO STIPULATED.

Dated: June 5, 2024

/s/ Benjamin Rudin
Benjamin Rudin
Attorney for Plaintiff Michael Williams

Dated: June 5, 2024

/s/ Paul A. Kozina (as authorized 6/5/2024)
Paul A. Kozina
Deputy Attorney General
California Attorney General's Office
Attorney for Defendant J. Webb

ORDER

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff Williams to respond to Defendant Webb's Motion to Dismiss is extended to July 15, 2024, and the deadline for Defendant Webb to reply is extended to August 15, 2024.

Dated: June 6, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/will2689.mtd eot

2

Stip. To Extend Responsive Pleading Deadline (2:23-cv-02689-DB)