Benjamin Rudin (State Bar No. 292341)
**BEN RUDIN, ATTORNEY & COUNSELOR AT LAW**
3830 Valley Centre Dr.
Ste. 705, PMB 231
San Diego, CA 92130
Telephone: (858) 256-4429
Email: ben@benrudin.law

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>                              Plaintiff,<br><br>      v.<br><br><br>SERGEANT WEBB, CORRECTIONAL OFFICERS ZXONG, ORTIZ, YANG, AND DOES 1-3, in their official and individual capacities,<br><br>                              Defendants. | 2:23-cv-02689-KJM-DB<br><br>STIPULATION TO DISMISS CAUSES OF ACTIONS 9 AND 10, AND WITHDRAW THE MOTION TO DISMISS |

Plaintiff Michael Williams and Defendant J. Webb, through their counsel of record, have agreed to the following:

1. Plaintiff dismisses Causes of Action 9 (Conspiracy to Interfere with Civil Rights under 42 U.S.C. § 1985) and 10 (Neglecting to Prevent Conspiracy under 42 U.S.C. § 1986).
2. Defendant withdraws his Motion to Dismiss.
3. Defendant shall have until August 19, 2024 to file an Answer.

IT IS SO STIPULATED.

Dated: July 19, 2024

/s/ Benjamin Rudin
Benjamin Rudin
Attorney for Plaintiff Michael Williams

Dated: July 19, 2024

/s/ Paul A. Kozina (as authorized on July 18, 2024)
Paul A. Kozina
Deputy Attorney General
California Attorney General's Office
Attorney for Defendant J. Webb

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Causes of Action 9 (Conspiracy to Interfere with Civil Rights under 42 U.S.C. § 1985) and 10 (Neglecting to Prevent Conspiracy under 42 U.S.C. § 1986) are dismissed;

////
////
////
////
////

2. Defendant's Motion to Dismiss (ECF No. 28) is withdrawn; and

3. On or before August 19, 2024, defendant shall file an Answer.

Dated: July 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/will2689.mtd withdraw